Argued and submitted July 14, 1986, affirmed January 28, 1987

STATE OF OREGON,
*Respondent,*

*v.*

THOMAS RUSSELL YEOMANS,
*Appellant.*

(10-85-03342; CA A38068)

731 P2d 1072

Robert J. McCrea, Eugene, argued the cause and filed the brief for appellant.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Defendant was convicted of unlawful possession of a controlled substance. On appeal, the sole issue is whether a warrant was necessary to open the "see through" ziplock bag, lawfully seized from defendant at the time of his arrest, and to test the white powder that was visible to the officer. The trial court held that no warrant was necessary and denied defendant's motion to suppress the test results. There is no error. *State v. Owens,* 302 Or 196, 729 P2d 524 (1986); *cf. State v. Westlund,* 302 Or 225, 729 P2d 541 (1986).

Affirmed.